# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DISTRICT

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-02679 |
| ) | |
| AREA #1 OUTDOOR CLUB, an Illinois ) | |
| non-profit corporation, and SHIRLEY COLE, ) | |
| individually and as Special Administrator of ) | |
| the Estate of Jerry A. Cole, deceased, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES Plaintiff Riverport Insurance Company, by and through its attorneys Terry A. Fox and Christopher L. Gallinari of Flaherty and Youngerman, P.C., and for its complaint against Defendants, states as follows:

### Venue & Jurisdiction

1. Riverport Insurance Company is a foreign insurer incorporated in Iowa, with its principle place of business in Minnesota;

2. Riverport Insurance Company ("Riverport") issued a renewal workers compensation/employers liability insurance policy at issue in this case, policy no. WC-12-87-006525-07, effective 6/6/2016 to 6/6/2017. That assigned risk program policy was issued to Area #1 Outdoor Club. A true and correct copy of that insurance policy is attached hereto as Exhibit 1.

3. Defendant Area #1 Outdoor Club is a non-profit social club organized and incorporated under Illinois law, with its place of business in Will County, Illinois.

4. Defendant Shirley Cole is a citizen of Illinois. She resides in Will County. Ms. Cole is named as a necessary party against whom no recovery is sought, and is named merely to be bound by the judgment. Ms. Cole is the surviving widow of Jerry A. Cole.

5. Venue is proper in this Court because one or more defendants resides within the geographic area of this Court, and because the insurance policy at issue was delivered to the insured within this District.

6. This action is brought pursuant to Fed. R. Civ. Pro. 57 and 28 U.S.C. 2201(a) for a declaratory judgment that the insurance policy at issue does not oblige the insurer to respond in any manner, including defending the insured Defendant Area #1 against the allegations and claims asserted by Ms. Shirley Cole in any forum and in any capacity.

7. Jurisdiction exists in this Court pursuant to 28 U.S.C. § 1332 because the Plaintiff is a citizen of a different state than the Defendants, the latter are citizens of Illinois. The amount in controversy exceeds $75,000.

8. The instant dispute arises out of the death of Jerry A. Cole on or about April 22, 2017.

9. Defendant Shirley Cole seeks to recover in excess of $50,000 by way of her Will County lawsuit, Case No. 19 L 302. A true and correct copy of the Complaint and accompanying affidavit of value required by Illinois Supreme Court Rule 222(b) are attached hereto as Exhibit 2. The filing in the Illinois Workers Compensation Commission by Cole presumably seeks recovery of death benefits not to exceed the lesser of $500,000 or 25 years of weekly benefits based on a percentage of decedent's average salary. 820 ILCS 305/7.

10. Defendant Area #1 Club tendered the claims to Plaintiff for a defense.

## The Will County Lawsuit

11. On April 9, 2019, Shirley Cole, as Special Administrator of the Estate of Jerry A. Cole, filed suit against Area #1 Outdoor Club. That lawsuit was assigned docket number 19 L 302 by the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois. A true and correct copy of the Complaint in the Will County lawsuit is attached hereto as Exhibit 2.

12. Ms. Cole in her Complaint alleged Jerry Cole was a member of Defendant Area #1. Exhibit 2, ¶5. As a member, she alleged that it was her husband's duty to clear trees and brush to prepare for camping season. Id., at ¶7. On April 22, 2017, Mr. Cole was a bystander watching two other members remove a large tree on the Area #1 Outdoor Club's grounds. Id., ¶9.

13. The tree that the other members were working to cut down, while it was being pulled via rope, unexpectedly snapped off and struck Mr. Cole in the back of the head, killing him. Exh. 2, ¶12.

14. The Will County Complaint allegations include that Area #1 owed Shirley Cole's husband the duty of reasonable care and safety, that it breached that duty by failing to use qualified personnel to remove large trees on its grounds, failed to pay for qualified personnel to handle tree removal, insisted and relied on its members to remove dead and dying trees even though it knew the members were not qualified to remove such trees nor did they have adequate equipment, and failed to supervise its members in tree removal. Exh. 2, ¶20.

15. Ms. Cole seeks recovery under the Illinois Wrongful Death Act for herself and her two daughters, as surviving heirs who were dependents of Mr. Cole under that Act, of an

3

unlimited amount above the $50,000 threshold for filing in Law Division of the Illinois state court system.

### Jerry Cole Rejected Workers Compensation Coverage as Allowed by Illinois Law

16. The Officers of Area #1 Outdoor Club submitted their "Employee's Notice to Reject Coverage Under Illinois Workers Compensation Law" to Riverport, and which form provides in relevant part as follows:

> As of 12:01 a.m. effective on the date signed below, the undersigned sole proprietor, partner or corporate officer rejects the right to claim benefits for accidental injuries sustained, arising out of and in the course of employment according to the provisions of the Illinois Workers Compensation Act.
>
> This notice of rejection of coverage according to the provisions of the Illinois Workers Compensation Act remains in effect until further notice.

A true and correct copy of this 2-page form is attached hereto as Exhibit 3. This form was previously completed and submitted by the insured for previous policies issued by Riverport. Submission of this completed form resulted in Endorsement WC 12 03 07 set forth below being attached to and made part of the policy.

17. This form in Exhibit 2 was signed by Jerry A. Cole as President of the Area #1 Outdoor Club. Exh. 3. Other officers also signed the form.

18. This form was signed by Jerry A. Cole on June 7, 2016.

19. Endorsement WC 12 03 07, entitled "Illinois Sole Proprietors, Partners, Officers, Members of Limited Liability Companies and Other Excluded Employees and Employments Exclusion Endorsement" was attached to Policy WC-12-87-006525-07. The Endorsement provides, in relevant part:

4

Part One – Workers Compensation Insurance and Part Two – Employers Liability Insurance of the policy do not apply to any persons shown in the Schedule below.

The premium basis for the policy does not include the remuneration of such persons.

\*   \*   \*   \*

SCHEDULE

Don Clavey

Jerry Cole

Jim Togliatti

TED JOYCE

All other terms and conditions of this policy remain unchanged.

Exh. 1.

### **COUNT I: Part One – Workers Compensation – No Coverage**

20. Allegations in paragraphs 1-19 are incorporated as if set forth verbatim herein.

21. Endorsement WC 12 03 07 precludes coverage pursuant to its terms and 820 ILCS 305/3(17)(b) & (20), for the Workers Compensation Claim filed on behalf of Ms. Shirley Cole, Case Number 20 WC 008932. A true and correct copy of the" Notice: Case Filed" form supplied to Riverport is attached hereto as Exhibit 4.

22. In addition, Riverport policy at Part One provides, in relevant part:

    B. **We Will Pay**

        We will pay promptly when due the benefits required of you by the workers compensation law.

    C. **We Will Defend**

        We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this

>> insurance. We have the right to investigate and settle these claims, proceedings or suits.
>
> We have no duty to defend a claim, proceeding or suit that is not covered by tis insurance.

Exh. 1, Form WC 00 00 00 C (Ed.7-11), page 1 of 6.

23. Endorsement WC 12 03 07 when read with the "we will pay" and "we will defend" policy language above, results in no coverage for defense or indemnity because Mr. Cole is not an insurable employee within the terms of the insurance policy and as provided by the Illinois Legislature.

## COUNT II - Employers Liability - No Coverage

24. Allegations in paragraphs 1-19 are incorporated as if set forth verbatim herein.

25. Part Two of the insurance policy coverage provides Employers Liability coverage, beginning on Page 2 of policy number WC-12-87-006525-07, found in Exhibit 1 attached hereto. The insuring agreement provides, in relevant part, as follows:

> A. **How This Insurance Applies**
>
> This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.
>
> 1. The bodily injury must arise out of and in the course of the insured employee's employment by you.
>
>     \*    \*    \*    \*
>
> B. **We Will Pay**
>
> We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

>The damages we will pay, where recovery is permitted by law, include damages:
>
>1. For which you are liable to a third-party by reason of a claim or suit against you by that third-party to recover the damages claimed against such party as a result of injury to your employee;
>
>       *   *   *   *
>
>3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the court of the injured employee's employment by you; and
>
>4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

26. The injuries suffered by Jerry Cole do not arise out of any employment he had with Area #1 Outdoor Club. The Will County complaint alleges that Cole was a member, not an employee, nor do the facts alleged indicate he was doing any work. He was "at all times relevant" "a bystander watching two other Outdoor Club members[.]" Exh. 2, ¶9.

27. Jerry Cole, even if he would have been an actual employee, had voluntarily rejected coverage, as is his right under Illinois law, and the policy does not apply to his "employment".

## COUNT III - Late Notice

28. Allegations in paragraphs 1-19 are incorporated as if set forth verbatim herein.

29. Pleading in the alternative, without prejudice to the foregoing but in addition thereto, the insured's failure to timely report the accident and otherwise timely report, provide information to the insurer, and to otherwise cooperate precludes coverage for these claims.

30. Part Four of the Policy requires the insured to tell its insurer of an injury "at once" and to give the insurer and its investigators names and addresses of witnesses, as well as other information that the insurer specifies. Exhibit 1, page 4 of 6, Part Four.

31. Area #1 was required to:

> 3. Promptly give us all notices demands and legal papers related to the injury claim, proceeding or suit.
>
> 4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

Exhibit 1, form WC 00 00 00 (C), Part Four, pages 4-5 of 6.

32. Area #1 failed to provide Riverport with timely notice as is required by the policy, leading to prejudice to the insurer because no timely investigation was conducted regarding the facts and circumstances of Mr. Cole's death and his relationship with Area #1.

**WHEREFORE,** Plaintiff Riverport Insurance Company respectfully prays for entry of judgment finding and declaring the following:

A. Jerry A. Cole elected not to be covered for workers compensation claims pursuant to the Riverport Insurance Policy, that election is allowed pursuant to Illinois law, 820 ILCS 305(3)(b)(17), and is hereby enforced;

B. Alternatively, that Area #1 Outdoor Club failed to timely notify Plaintiff of the accident involving Jerry A. Cole, and otherwise timely provide information as required by the insurance policy;

C. Count I - Plaintiff has no duty to defend Area #1 Outdoor Club against the claim filed by Shirley Cole in the Illinois Workers Compensation Commission for benefits due to, arising from, or connected with Jerry Cole's death;

      D.      Count I - Plaintiff has no duty to pay any workers compensation death or any other benefits to any surviving dependents of Jerry Cole, including those connected with or arising from any action in the Workers Compensation Commission;

      E.      Count II - Plaintiff has no duty to defend the lawsuit of *Cole v. Area #1 Outdoor Club* filed in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, Case No. 19 L 302;

      F.      Count II - Plaintiff has no duty to indemnify Area #1 Outdoor Club for any judgment or settlement to settle any claims asserted in the Will County lawsuit identified in "C" immediately above;

      G.      Award Plaintiff its costs and expenses as provided by Rule and/or Statute;

      H.      Award any other and further relief to which this Honorable Court finds Plaintiff entitled.

      Respectfully submitted,
RIVERPORT INSURANCE CO.

By:   /s/ Terry A. Fox

      One of Its Attorneys

Terry A. Fox (ARDC No. 6208039)
tfox@fylegal.com
Christopher L. Gallinari
cgallinari@fylegal.com
Flaherty & Youngerman, P.C.
321 S. Plymouth Court, 14th Floor
Chicago, IL 60604
Tel. – (312) 782-4700

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DISTRICT

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-02679 |
| | ) |
| AREA #1 OUTDOOR CLUB, an Illinois | ) |
| non-profit corporation, and SHIRLEY COLE, | ) |
| individually and as Special Administrator of | ) |
| the Estate of Jerry A. Cole, deceased, | ) |
| | ) |
| Defendants. | ) |

**Plaintiff's Disclosure Statement Pursuant to LR 3.2**

Plaintiff Riverport Insurance Company is owned by W.R. Berkley Corporation, a publicly traded company. Attached hereto as Exhibit A is the disclosure of all owned companies and subsidiaries attached to W.R. Berkley's 10k report for the year ending 12/31/19.

Respectfully submitted,
RIVERPORT INSURANCE CO.

By: /s/ Terry A. Fox
One of Its Attorneys

Terry A. Fox (ARDC No. 6208039)
tfox@fylegal.com
Christopher L. Gallinari
cgallinari@fylegal.com
Flaherty & Youngerman, P.C.
321 S. Plymouth Court, 14th Floor
Chicago, IL 60604
Tel. – (312) 782-4700

Exhibit 21

Subsidiaries of the Registrant (as of December 31, 2019). Ownership is 100% unless otherwise indicated.

| Entity Name | Domicile |
| --- | --- |
| 120dB Films Capital, LLC (90% ownership) | Delaware |
| 120dB Films Lending, LLC | Delaware |
| 27 Leadenhall Street Properties Limited | Jersey |
| 34 Leadenhall Street Limited | Jersey |
| 52 Lime Street Management Limited | United Kingdom |
| 860 Development Co LLC | Delaware |
| 860 Washington Street LLC (75% ownership) | Delaware |
| Abercrombie Textiles, LLC | Delaware |
| Acadia Insurance Company | Iowa |
| Acadia Insurance Group, LLC | Delaware |
| Admiral Indemnity Company | Delaware |
| Admiral Insurance Company | Delaware |
| Admiral Insurance Group, LLC | Delaware |
| All American Agency Facilities, Inc. | Delaware |
| All Claims of Nevada, Inc. | Nevada |
| American Mining Insurance Group, LLC | Delaware |
| Armada Insurance Services, Inc. | California |
| Banner Aerospace, Inc. | Delaware |
| Berkley Accident and Health, LLC | Delaware |
| Berkley Administrators of Connecticut, Inc. | Delaware |
| Berkley Alliance Managers, LLC | Delaware |
| Berkley Alternative Markets Insurance Services, LLC | Delaware |
| Berkley Argentina de Reaseguros S.A. | Argentina |
| Berkley Asset Protection Underwriters, LLC | Delaware |
| Berkley Assurance Company | Iowa |
| Berkley Aviation, LLC | Delaware |
| Berkley Canada Inc. | Canada |
| Berkley Capital Investors, LP | Delaware |
| Berkley Capital, LLC | Delaware |
| Berkley Casualty Company | Iowa |
| Berkley Connect Insurance Solutions, LLC | Delaware |
| Berkley Custom Insurance Managers, LLC | Delaware |
| Berkley Dean & Company, Inc. | Delaware |
| Berkley European Brokers AS | Norway |
| Berkley European Underwriters AS | Norway |
| Berkley Facultative Reinsurance Services, LLC | Delaware |
| Berkley FinSecure, LLC | Delaware |
| Berkley Global Underwriters, LLC | Delaware |
| Berkley Healthcare Professional Insurance Services, LLC | Delaware |
| Berkley Insurance Company | Delaware |
| Berkley Insurance Company – Escritorio De Representacao do Brasil Ltda. | Brazil |
| Berkley Insurance Services, LLC | Delaware |
| Berkley International Aseguradora de Riesgos del Trabajo S. A. | Argentina |
| Berkley International Brasil Participacoes Ltda. | Brazil |
| Berkley International Compania de Servicios Mexico, S. A de C. V. | Mexico |
| Berkley International Compania de Servicios Uruguay, S.A. | Uruguay |

Exhibit A

| | |
|---|---|
| Berkley International do Brasil Seguros S. A. | Brazil |
| Berkley International Holdings, LLC | Delaware |
| Berkley International Latinoamerica S. A. | Argentina |
| Berkley International Puerto Rico, LLC | Puerto Rico |
| Berkley International Seguros Colombia S.A. | Colombia |
| Berkley International Seguros, S. A. (99.59% ownership) | Argentina |
| Berkley International Seguros, S. A. (Uruguay) | Uruguay |
| Berkley International  Fianzas Mexico S.A. de C.V. | Mexico |
| Berkley International  Seguros Mexico S.A. de C.V. | Mexico |
| Berkley International, LLC | New York |
| Berkley Latin America and Caribbean Managers, LLC | Delaware |
| Berkley Life and Health Insurance Company | Iowa |
| Berkley Life Sciences, LLC | Delaware |
| Berkley London Holdings, Inc. | Delaware |
| Berkley LS Insurance Solutions, LLC | Delaware |
| Berkley Managers Insurance Services, LLC | Delaware |
| Berkley Mid-Atlantic Group, LLC | Delaware |
| Berkley National Insurance Company | Iowa |
| Berkley Net Underwriters, LLC | Delaware |
| Berkley North Pacific Group, LLC | Delaware |
| Berkley Offshore Underwriting Managers UK, Limited | United Kingdom |
| Berkley Offshore Underwriting Managers, LLC | Delaware |
| Berkley Oil & Gas Specialty Services, LLC | Delaware |
| Berkley Product Recall Insurance Agency, LLC | Delaware |
| Berkley Professional Liability UK, Limited | United Kingdom |
| Berkley Professional Liability, LLC | Delaware |
| Berkley Program Specialists, LLC | Delaware |
| Berkley Public Entity Managers, LLC | Delaware |
| Berkley Re America, LLC | Delaware |
| Berkley Re Direct, LLC | Delaware |
| Berkley Re UK Limited | United Kingdom |
| Berkley Regional Insurance Company | Iowa |
| Berkley Regional Insurance Services, LLC | Delaware |
| Berkley Regional Specialty, LLC | Delaware |
| Berkley Risk Administrators Company, LLC | Minnesota |
| Berkley Risk Administrators of Texas, Inc. | Texas |
| Berkley Risk Services of Vermont, Inc. | Delaware |
| Berkley Risk Solutions, LLC | Delaware |
| Berkley Select, LLC | Delaware |
| Berkley Southeast Insurance Group, LLC | Delaware |
| Berkley Specialty Insurance Company | Delaware |
| Berkley Specialty Insurance Services, LLC | Delaware |
| Berkley Specialty Underwriting Managers, LLC | Delaware |
| Berkley Surety Group, LLC | Delaware |
| Berkley Technology Services LLC | Delaware |
| Berkley Technology Underwriters, LLC | Delaware |
| Berkley Ventures, LLC | Delaware |
| BI China, Limited | Hong Kong |
| BIA Japan Services GK | Japan |
| BIL Advisors, LLC | Delaware |

| | |
|---|---|
| Breckenridge Insurance Group, Inc. | Colorado |
| Breckenridge Insurance Services, LLC | California |
| Breckenridge IS, Inc. | Delaware |
| BXM Insurance Services, Inc. | Delaware |
| Carolina Casualty Insurance Company | Iowa |
| Carolina Casualty Insurance Group, LLC | Delaware |
| CC Equity Holdings, LLC | Delaware |
| CC Investors, LLC | Delaware |
| Center Place Holdings LLC (92.59% ownership) | Delaware |
| CGH Claims Service, Inc. | Pennsylvania |
| CGH Insurance Group, LLC | Alabama |
| Clermont Insurance Company | Iowa |
| Clermont Specialty Managers, Ltd | New Jersey |
| Commodore Re Management Corporation | New Jersey |
| Continental Western Group, LLC | Delaware |
| Continental Western Insurance Company | Iowa |
| Cornerstone Securityholder Representative, LLC | Delaware |
| Corporate Imaging Concepts, LLC (82.06% ownership) | Delaware |
| Cotasy Corporation S. A. | Uruguay |
| CPT Equity LLC | Delaware |
| Crypton Investment Holdings LLC (89.5% Owned) | Delaware |
| Crypton LLC | Michigan |
| Crypton-NewCo Real Estate LLC | Delaware |
| East Isles Reinsurance, Ltd. | Bermuda |
| eCompanyStore, LLC | Delaware |
| Facultative Resources, Inc. | Connecticut |
| Firemen's Insurance Company of Washington, D.C. | Delaware |
| Franchise Credit LLC | Delaware |
| Gemini Insurance Company | Delaware |
| Gemini Transportation Underwriters, LLC | Delaware |
| Great Divide Insurance Company | North Dakota |
| Greenwich AeroGroup Brazil Holdings, Inc. | Delaware |
| Greenwich AeroGroup Brazil Leasing, Inc. | Delaware |
| Greenwich AeroGroup International, Inc. | Delaware |
| Greenwich AeroGroup Serviços de Aviação do Brazil SA | Brazil |
| Greenwich AeroGroup, Inc. | Delaware |
| Greenwich Knight Insurance Company | Bermuda |
| GRG Investment Holdings, Ltd | Cayman Islands |
| Guangzhou Meridian Chemical Limited | China |
| Helivia Aero Taxi SA | Brazil |
| Helivia Participações do Brasil Ltda | Brazil |
| Insurance Networks Alliance, LLC | Delaware |
| Interlaken Capital Aviation Holdings, Inc. | Delaware |
| Interlaken Capital Aviation Services, Inc. | Delaware |
| Intrepid Direct Insurance Agency, LLC | Kansas |
| Intrepid Insurance Company | Iowa |
| Jersey International Brokerage Corporation | New Jersey |
| Key Care, LLC | North Carolina |
| Key Risk Insurance Company | Iowa |
| Key Risk Management Services, LLC | Delaware |

| | |
|---|---|
| Key Risk Underwriting Managers, LLC | Delaware |
| Lavalier Insurance Services, LLC | Delaware |
| Lex NY Equities LLC | Delaware |
| Loan Opportunity Fund I, LLC | Delaware |
| MADA Reciprocal Services, Inc. | Minnesota |
| Magaverse, Limited | Hong Kong |
| Maine Compensation Services, Inc. | Maine |
| Masterclass, Limited | Hong Kong |
| Mgaero LLC | Delaware |
| Middle Patent Capital, LLC | Delaware |
| Midwest Employers Casualty Company | Delaware |
| Midwest Employers Casualty Group, LLC | Delaware |
| Midwest Employers Services, LLC | Delaware |
| Mining Insurance Markets, Inc. | Alabama |
| Monitor Liability Managers, LLC | Delaware |
| MPC Bloomington LLC | Delaware |
| MPC Memphis HI LLC | Delaware |
| Nano-Tex Asia Limited | Hong Kong |
| Nano-Tex LLC | Michigan |
| Nautilus Excess Insurance Agency, LLC | Delaware |
| Nautilus Insurance Company | Arizona |
| Nautilus Insurance Group, LLC | Delaware |
| Northwest International Underwriting Manager, Inc. | Washington |
| Overby-Seawell Company | Georgia |
| Platinum Program Managers & Insurance Services, Inc. | California |
| Preferred Employers Group, LLC | Delaware |
| Preferred Employers Insurance Company | California |
| Professional Aircraft Accessories, Inc. | Delaware |
| Professional Aviation Associates, Inc. | Georgia |
| Queen's Island Insurance Company, Ltd. | Bermuda |
| Rasmussen Agency, Inc. | New Jersey |
| Regional Excess Underwriters, LLC | Delaware |
| Reinserco, Inc. | New Jersey |
| Riverport Insurance Company | Iowa |
| Riverport Insurance Services, LLC | Delaware |
| RPW Equity LLC | Delaware |
| Select Marketing Insurance Services, LLC | California |
| Signet Star Holdings, Inc. | Delaware |
| SilverCap-Greenwich, LLC (98.8% ownership) | Delaware |
| Southeastern Underwriters, Inc. | Virginia |
| StarNet Insurance Company | Iowa |
| Starnet Insurance Services, LLC | Delaware |
| Steamboat Asset Management, LLC | Delaware |
| Steamboat Opportunity Partners, LLC | Delaware |
| Summit Aviation, Inc. | Delaware |
| Surety-Pro Services, Inc. | Delaware |
| Target Markets, LLC | Delaware |
| Target Programs, LLC | Delaware |
| Tri-State Insurance Company of Minnesota | Iowa |
| Union Insurance Company | Iowa |

| | |
|---|---|
| Union Standard Insurance Group, LLC | Delaware |
| Union Standard Management Company, Inc. | Texas |
| Vela Insurance Services, LLC | Delaware |
| Verus Underwriting Managers, LLC | Delaware |
| W. R. Berkley Europe AG | Liechtenstein |
| W. R. Berkley European Holdings AG | Switzerland |
| W. R. Berkley European Services GmbH | Switzerland |
| W. R. Berkley London Holdings, Limited | United Kingdom |
| W. R. Berkley London Staff, Limited | United Kingdom |
| W. R. Berkley Mexico, S. A. de C. V. | Mexico |
| W. R. Berkley Spain, S. L. U. | Spain |
| W. R. Berkley Syndicate Holdings Limited | United Kingdom |
| W. R. Berkley Syndicate Limited | United Kingdom |
| W. R. Berkley Syndicate Management Limited | United Kingdom |
| W. R. Berkley UK Limited | United Kingdom |
| Western Aircraft, Inc. | Nevada |
| Western Pinnacle Insurance Services, Inc. | California |
| WRBC Aviation Leasing, LLC | Delaware |
| WRBC Corporate Member Limited | United Kingdom |
| WRBC Development UK Limited | United Kingdom |
| WRBC Services, Limited | United Kingdom |
| WRBC Support Services, LLC | Delaware |
| WRBC Transportation, Inc. | Delaware |

5