# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Riverport Insurance Company

                Plaintiff,

v.                                       Case No.: 1:20−cv−02679
                                              Honorable Charles P. Kocoras

Area #1 Outdoor Club, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2020:

        MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff Riverport Insurance Company's motion pursuant to FED.R.CIV.P. 41(a)(2) for dismissal [16] is granted. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.